IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BARK, OREGON NATURAL RESOURCES COUNCIL, MAZAMAS, THE FRIENDS OF MT. HOOD, OREGON WILDLIFE FEDERAL, FRIENDS OF TILLY JANE, and HOOD RIVER VALLEY RESIDENTS COMMITTEE,<br><br>          Plaintiffs,<br><br>    v.<br><br>GARY LARSEN, in his official capacity as the Forest Supervisor for the Mt. Hood National Forest, KIM TITUS, in her official capacity as the District Ranger for the Mt. Hood River Ranger District of the Mt. Hood National Forest, and the UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br><br>          Defendants. | Civil No. 02-904-HU<br><br>O R D E R |

Ralph Bloemers
Christopher Winter
CASCADE RESOURCES ADVOCACY GROUP
917 S. W. Oak Street, Suite 417
Portland, Oregon 97205

Page 1 - ORDER

Gregory J. Dyson
BARK
P. O. Box 12065
Portland, Oregon  97202

    Attorneys for Plaintiffs

Karin J. Immergut
United States Attorney
District of Oregon
Stephen J. Odell
Assistant United States Attorney
U. S. Attorney's Office
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

Owen L. Schmidt
Special Assistant United States Attorney
Office of General Counsel, U. S. Department of Agriculture
1734 Federal Building
1220 S. W. Third Avenue
Portland, Oregon  97204

    Attorneys for Defendants

KING, Judge:

    The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on February 9, 2006.  Plaintiffs filed timely objections to the Findings and Recommendation.  When either party objects to any portion of a magistrate's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).  The matter is before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Page 2 - ORDER

This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Hubel. This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated February 9, 2006 in its entirety.

IT IS HEREBY ORDERED that Plaintiffs' Motion for Fees (#87) is denied.

DATED this <u>  17th  </u> day of March, 2006.

                         <u> /s/ Garr M. King                              </u>
                                    GARR M. KING
                             United States District Judge